IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TONY RAY JONES, JR.** **PLAINTIFF**
**ADC #151014**

v.                    NO: 2:17CV00064 JLH

**WYNNE, CITY OF,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 2nd day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE